```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION

UNITED STATES OF AMERICA       *
          Plaintiff,           *
                               *
vs.                            *       CR. NO. 2:91-20184-Ml
                               *
ALLEN WILLIAMS                 *
          Defendant.           *
```

ORDER HOLDING PROBATIONER FOR REVOCATION HEARING

On November 27, 2006, Allen Williams appeared before me on a violation of the terms and conditions of probation/supervised release in this matter.  Counsel was appointed to represent dft Allen Williams.

Accordingly, defendant Allen Williams is held before the District Court to show cause why his supervised release should not be revoked by a hearing to be set on notice from the United States District Court.

IT IS SO ORDERED this __27th__ day of __November____, 2006.

                                    _____s/Diane K. Vescovo_____
                                    UNITED STATES MAGISTRATE JUDGE